**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EMILIO PALOMARES RUBIO,<br><br>　　　　Defendant | Case No.1:12-CR-00247AWI<br><br>**STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

ANTHONY W. ISHII AND LAUREL MONTOYA, ASSISTANT UNITED STATES

ATTORNEY:

**COMES NOW** Defendant, EMILIO PALOMARES RUBIO, by and through his attorney of record, DAVID A. TORRES hereby requesting that a Change of Plea Hearing currently set for Monday, April 29, 2013 be continued to May 6, 2013 at 10:00 a.m.

I have a sentencing set on April 30, 2013 in the United States District Court of Colorado in the matter of *U.S v. Raul Avina-Lopez, 06-CR-0444*. I have spoken to AUSA Laurel Montoya, and she has no objection to continuing the hearing to May 6, 2013.

//

//

//

Summary of Pleading - 1

**IT IS SO STIPULATED.**

DATED: April 24, 2013                    Respectfully Submitted,

                                         */s/ David A Torres*　　　
                                         DAVID A. TORRES
                                         Attorney for Defendant
                                         Emilio Palomares Rubio


DATED: April 24, 2013                    */s/Laurel Montoya*　　　
                                         LAUREL MONTOYA
                                         Assistant U.S. Attorney

**IT IS SO ORDERED** that the Change of Plea hearing be continued to Monday, May 6, 2013.

IT IS SO ORDERED.

Dated: April 25, 2013

_____
SENIOR DISTRICT JUDGE