| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | LAUREL J. MONTOYA |
| | Assistant United States Attorneys |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
| | Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00247-AWI/BAM |
|---|---|
| Plaintiff, | AMENDED STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| v. | |
| EMILIO PALOMARES RUBIO, | |
| Defendant, | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing hearing July 22, 2013, at 10:00 a.m.

2. By this stipulation, the government and the defendant now stipulate to continue the sentencing hearing until September 23, 2013, at 10:00 a.m.

3. An interview has been conducted to determine the applicability of U.S.S.G. §§ 2D1.1(b)(16) and 5C1.2(a)(1-5). The government and the defendant are requesting additional time to conduct supplemental interviews and investigation in order to give the defendant every opportunity to comply so that a final determination regarding the applicability of the above-referenced sections referred to as the "safety valve" can be made.

Stipulation and Proposed Order

1

4. The government and the defendant request that this Court continue the matter to September 23, 2013 at 10:00 a.m. so this can be accomplished.

IT IS SO STIPULATED.

DATED: July 18, 2013                /s/ Laurel J. Montoya
                                    LAUREL J. MONTOYA
                                    Assistant United States Attorney


DATED: July 18, 2013                /s/ David Torres
                                    DAVID TORRES
                                    Attorney for Defendant


O R D E R

IT IS SO ORDERED.

Dated:  July 18, 2013               _____
                                    SENIOR  DISTRICT  JUDGE