**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

Attorney for:
EMILIO PALOMARES-RUBIO

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: Case No.12-cr-00247 AWI |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | |
| EMILIO PALOMARES-RUBIO, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANTHONY W. ISHII AND LAUREL MONTOYA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, EMILIO PALOMARES, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Monday, September 23, 2013 be continued to Monday, October 21, 2013.

I believe that further investigation that is needed in this case before Mr. Palomares is sentenced. Also, my client wishes to be-brief prior to sentencing. I have spoken to AUSA Laurel Montoya, she has no objection to the continuance.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(8)(A) and 3161 (h)(8)(B)(1).

Summary of Pleading - 1

**IT IS SO STIPULATED.**

                                             Respectfully Submitted,

DATED: 9/19/13                        */s/ David A Torres*
                                         DAVID A. TORRES
                                         Attorney for Defendant
                                         EMILIO PALOMARES-RUBIO

DATED: 9/19/13                        */s/Laurel Montoya*
                                           LAUREL MONTOYA
                                         Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the sentencing hearing be continued to Monday, October 21, 2013.

IT IS SO ORDERED.

Dated:  September 19, 2013                          _____
                                                           SENIOR DISTRICT JUDGE