**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

Attorney for:
EMILIO PALOMARES-RUBIO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> EMILIO PALOMARES-RUBIO, <br> Defendant | Case No.: Case No.12-CR-00247 AWI <br><br> **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANTHONY W. ISHII AND LAUREL MONTOYA, ASSISTANT UNITED STATES ATTORNEY:

 **COMES NOW** Defendant, EMILIO PALOMARES, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Monday, December 9, 2013 be continued to Monday, January 13, 2014.

 A debriefing was previously scheduled however, due to calendar conflicts, the debriefing was cancelled. My client wishes to de-brief prior to sentencing. I have spoken to AUSA Laurel Montoya, she has no objection to the continuance.

 The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(8)(A) and 3161 (h)(8)(B)(1).

Summary of Pleading - 1

**IT IS SO STIPULATED.**

                                                Respectfully Submitted,

DATED: 12/05/2013                      */s/ David A Torres*
                                                DAVID A. TORRES
                                                Attorney for Defendant
                                                EMILIO PALOMARES

DATED: 12/05/2013                      */s/Laurel Montoya*
                                                LAUREL MONTOYA
                                                Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the sentencing hearing be continued to Monday, January 13, 2014 at 10:00 a.m.

IT IS SO ORDERED.

Dated: December 5, 2013                    _____
                                                    SENIOR DISTRICT JUDGE